# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON,<br>    Plaintiff(s),<br>v.<br>MARIA SCHNELL, et al.,<br>    Defendant(s). | Case No.: 2:17-cv-02575-RFB-NJK<br><br>**Order**<br><br>[Docket No. 31] |

Pending before the Court is a stipulation to extend the discovery cutoff and subsequent deadlines. Docket No. 31. The Court held a hearing on the motion on April 30, 2018. For the reasons stated at the hearing, the stipulation is **GRANTED** and deadlines are **SET** as follows:

- Discovery cutoff: August 13, 2018
- Dispositive motions: September 12, 2018
- Joint proposed pretrial order: October 12, 2018, or 30 days after resolution of dispositive motions or further order of the Court

The parties shall diligently conduct discovery. **THE COURT IS NOT INCLINED TO GRANT ANY FURTHER EXTENSIONS.**

IT IS SO ORDERED.

Dated: April 30, 2018

                                                  Nancy J. Koppe<br>
                                                  United States Magistrate Judge