WRIGHT, FINLAY & ZAK, LLP
Christopher A.J. Swift, Esq.
Nevada Bar No. 11291
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
cswift@wrightlegal.net
lrobbins@wrightlegal.net
*Attorneys for Plaintiff The Bank of New York Mellon fka The Bank of New York as Trustee, for the Certificateholders of the GSC Capital Corp. Mortgage Trust 2006-2, GSC Alternative Loan Trust Notes, Series 2006-2*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE, FOR THE CERTIFICATEHOLDERS OF THE GSC CAPITAL CORP. MORTGAGE TRUST 2006-2, GSC ALTERNATIVE LOAN TRUST NOTES, SERIES 2006-2,<br><br>Plaintiff,<br><br>vs.<br><br>MARIA SCHNELL, as Trustee for THE JERRY H. SCHUETZ TRUST; LVBP PROPERTIES, LLC, a Nevada Limited Liability Company; and SUNRISE RIDGE AKA SUNRISE RIDGE MASTER HOMEOWNERS ASSOCIATION, a Nevada Non-Profit Company, and NEVADA ASSOCIATION SERVICES, INC., a Nevada Corporation,<br><br>Defendants. | Case No.: 2:17-cv-02575-RFB-NJK<br><br>**STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE** |

COMES NOW Plaintiff, The Bank of New York Mellon FKA The Bank of New York as Trustee for the Certificateholders of the GSC Capital Corp. Mortgage Trust 2006-2, GSC Alternative Loan Trust Notes, Series 2006-2 (hereinafter "BONY"), and Defendants, Maria

Schnell, as Trustee for The Jerry H. Schuetz Trust (hereinafter, "The Schuetz Trust"), LVBP Properties, LLC (hereinafter "LVBP"), Nevada Association Services, Inc. (hereinafter "NAS"), and Sunrise Ridge aka Sunrise Ridge Homeowners Association (hereinafter "Sunrise Ridge HOA") (collectively, the "Parties"), by and through their undersigned and respective counsel, hereby stipulate and agree as follows:

**IT IS HEREBY STIPULATED AND AGREED** that any and all claims against Defendants, The Schuetz Trust, LVBP, NAS, and Sunrise Ridge HOA by BONY are hereby dismissed with prejudice.

**IT IS FURTHER STIPULATED AND AGREED** that that each party shall bear its own fees and costs incurred in this action.

DATED this 28th day of January, 2019.

| | |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | KEVIN E. BECK, LTD. |
| _/s/ Lindsay D. Robbins, Esq._ | _/s/ Kevin E. Beck, Esq._ |
| Lindsay D. Robbins, Esq. | Kevin E. Beck, Esq. |
| Nevada Bar No. 13474 | Nevada Bar No. 8371 |
| 7785 W. Sahara Ave, Suite 200 | 3137 East Warm Springs Road, Suite 100 |
| Las Vegas, NV 89117 | Las Vegas, Nevada 89120 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Maria Schnell, as Trustee for The Jerry H. Schuetz Trust* |
| HALL, JAFFE, & CLAYTON, LLP | NEVADA ASSOCIATION SERVICES, INC. |
| _/s/ Ashlie L. Surur, Esq._ | _/s/ Brandon E. Wood, Esq._ |
| Ashlie L. Surur, Esq. | Brandon E. Wood, Esq. |
| Nevada Bar No. 11290 | Nevada Bar No. 12900 |
| 7425 Peak Drive | 6625 S. Valley View Blvd., Suite 2300 |
| Las Vegas, NV 89128 | Las Vegas, NV 89118 |
| *Attorneys for Sunrise Ridge Homeowners Association* | *Attorneys for Nevada Association Services, Inc.* |

**ORDER**

**IT IS SO ORDERED**.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 29th day of January, 2019.